THE VIRGINIA PENDLETON. (Circuit Court of Appeals, Second Circuit. December 19, 1921.) No. 90. Appeal from the District Court of the United States for the Southern District of New York. Libel in admiralty by the Mex-

ican Petroleum Corporation against the schooner Virginia Pendleton, her tackle, etc., claimed by Fields Pendleton. From a decree for libelant, claimant appeals. Affirmed. Foley & Martin, of New York City (William J. Martin and George V. A. McCloskey, both of New York City, of counsel), for appellant. Burlingham, Veeder, Masten & Fearey, of New York City (Chauncey I. Clark and Frederick Pennell, both of New York City, of counsel), for appellee. Before ROGERS, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Decree affirmed.